IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EMPLOYERS & CEMENT MASONS LOCAL #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS LOCAL 90 PENSION TRUST FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -v- | ) ) | No.: 10-962-DRH-SCW |
| CONSTRUCTION SERVICES 2000, INC., | ) ) ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

THIS CAUSE comes before the Court on plaintiffs' motion for default judgment (Doc. 9) against the defendant, CONSTRUCTION SERVICES 2000, INC., and the Court being advised in the premises, and the defendant having failed to answer the complaint filed herein in a timely fashion, a default judgment is awarded in favor of the plaintiffs and against the defendant, CONSTRUCTION SERVICES 2000, INC., as follows:

A. That judgment is entered in favor of plaintiffs, EMPLOYERS & CEMENT MASONS LOCAL #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS LOCAL 90 PENSION TRUST FUND and against defendant, CONSTRUCTION SERVICES 2000, INC., in the sum of 29,995.62 (consisting of delinquent fringe benefit contributions in the sum of $17,021.68, plus liquidated

damages in the sum of $6,503.94, plus reasonable attorney's fees and costs in the sum of $6,470.00);

B. Defendant is ordered to perform and continue to perform all of their obligations to plaintiffs; and

C. Plaintiffs are awarded, at defendant's cost, such further and other relief as may be available under ERISA, the applicable labor agreements or as is otherwise just and equitable.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.15 12:03:37 -05'00'

**Chief Judge
United States District Court**